No. 00–8713. VIVONE v. KEMNA, SUPERINTENDENT, CROSS-ROADS CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.

No. 00–8723. SOLIS PERALES v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 00–8736. BASS-BEY v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8738. MIRANDA v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 00–8744. MORRISON v. CLEMONS, SUPERINTENDENT, MAINE CORRECTIONAL CENTER. C. A. 1st Cir. Certiorari denied.

No. 00–8746. DAWSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8747. LUIS CASTILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8748. CASTILLO v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–8749. COX v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8751. MARTINEZ RODRIQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8753. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–8764. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8765. LACY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 00–8772. VON BRESSENSDORF ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 00–8784. MOORE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.